**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**

_____

Courtroom Deputy: Emily Seamon           Date: September 5, 2012
Court Reporter:   Janet Coppock          Probation: Jan Woll

_____

Criminal Action No. 11-cr-00272-LTB      <u>Counsel:</u>

UNITED STATES OF AMERICA,                David Conner

    Plaintiff,

v.

1. BILLY RAY JACKSON,                    Michael Root

    Defendant.

_____

**SENTENCING**
_____

9:02 a.m.     Court in Session.

Defendant is present and in custody.

| Defendant plead guilty to Count 1 of the Indictment on June 15, 2012. |
|---|

**ORDERED**: Government's Motion Regarding Acceptance of Responsibility [Doc. No. 53, Filed August 24, 2012] is GRANTED.

**ORDERED**: Government's Motion Pursuant to §5K1.1 of the Sentencing Guidelines [Doc. No. 54, Filed August 24, 2012] is GRANTED.

**ORDERED**: Defendant's Oral Motion for a Departure is DENIED.

Statements by Mr. Conner, Mr. Root, and Defendant.

1

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Billy Ray Jackson, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 35 months.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 3 years.

**ORDERED**: Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of Supervised Release:
- (X) Defendant shall participate in a program of testing and treatment for drug/alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.
- (X) The defendant will be required to pay for the cost of treatment as directed by the probation officer.
- (X) Defendant shall reside in a Residential Reentry Center for a period of 180 days, to commence upon release from imprisonment, and shall observe the rules of that facility.  Defendant may be discharged earlier than 180 days by the probation office, if Defendant has secured a residence approved by the probation office and is determined to be in full compliance with the conditions of supervised release.

**ORDERED**: Defendant shall pay a special assessment of $100.00 which is due and payable immediately.

**ORDERED**: No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**: Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

9:18 a.m.      Court in Recess.
Hearing concluded.
Time:  00:16