IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00272-LTB

United States of America,

       Plaintiff,

v.

1.    BILLY RAY JACKSON,

       Defendant.

---

**ORDER**

---

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised:

IT IS HEREBY ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

SO ORDERED this  5th  day of  September , 2012.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      LEWIS T. BABCOCK
                      SENIOR, UNITED STATES DISTRICT JUDGE
                      UNITED STATES DISTRICT COURT
                      DISTRICT OF COLORADO