IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 11-CR-00272-LTB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

BILLY RAY JACKSON,

     Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION

---

     This matter comes before the court on April 11, 2017 for preliminary hearing and detention hearing on the Petition to Revoke Supervised Release. The defendant waived his right to preliminary hearing. In addition, the court has considered the proffer by the defendant. Lastly, I have taken judicial notice of the court's file. I find that probable cause exists to believe that the defendant violated one or more conditions of his Supervised Release.

     Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." The Defendant is not contesting detention.

     In making my findings of fact, I have taken judicial notice of the information set forth in the Presentence Report and the entire court file. I have also considered the proffers and arguments of counsel. Under these circumstances, I find that the defendant has not sustained his burden of establishing that he will not flee or fail to appear at future proceedings in this matter. On the record before the court, I find that no condition

or combination of conditions of release that will reasonably assure the appearance of the defendant. Accordingly, I order the defendant detained without bond.

Done this 11th of April 2017.

BY THE COURT

S/ Michael J. Watanabe
_____
Michael J. Watanabe
U.S. Magistrate Judge